NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL, JR., | No. C 09-00704 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL; GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |
| vs. | |
| JAMES A. YATES, Warden, | |
| Respondent. | (Docket No. 6) |

On February 18, 2009, Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1998 conviction, in Santa Clara County Superior Court. Petitioner challenged this same conviction in a prior petition filed in this court, Vigil v. Garcia, No. 02-1490 MJJ (PR), which was denied on its merits.[1] A second or successive petition challenging the same conviction or parole denial may not be filed in this court under 28 U.S.C. § 2254 unless Petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this

---

[1] Two previous habeas petitions, also challenging the same conviction, were dismissed as a successive petitions pursuant to 28 U.S.C. § 2244(b)(3)(A). See Vigil v. Yates, No. 07-2061 MJJ (PR) and Vigil v. Yates, No. 07-5288 MJJ (PR).

Order of Dismissal; Granting IFP
P:\PRO-SE\SJ.JF\HC.09\Vigil00704_dism-succ.wpd            1

1  court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).  Petitioner has filed herein a
2  copy of his January 7, 2009, application to the Ninth Circuit to file a successive petition
3  under 28 U.S.C. § 2244(b)(3)(A), (see Docket No. 2), but Petitioner has not obtained
4  authorization to do so.  Accordingly, the instant petition is DISMISSED without prejudice
5  to refiling if petitioner obtains the necessary order from the Ninth Circuit.
6       Petitioner's motion for leave to proceed in forma pauperis (Docket No. 6) is
7  GRANTED.
8       This order terminates Docket No. 6.
9       The Clerk shall close the file.
10      IT IS SO ORDERED.
11  DATED: __6/24/09_____
                                        _____
12                                       JEREMY FOGEL
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL JR., | Case Number: CV09-00704 JF |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/7/09  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Paul Vigil K-90947
Pleasant Valley State Prison
P.O. Box 8501
Facility A-4-135-U
Coalinga, CA 93210

Dated:  7/7/09

Richard W. Wieking, Clerk